JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| CHRISTINA POULOS, | No. 8:17-cv-01999-AG-DFM |
|---|---|
| Plaintiff, | |
| v. | JUDGMENT |
| KIRSTJEN NIELSEN, in her official capacity as Secretary of the Department of Homeland Security,[1] | The Honorable Andrew J. Guilford<br>United States District Judge |
| Defendant. | |

---

[1] Under Fed. R. Civ. P. 25(d), Secretary Nielsen, as the successor to Secretary Elaine Duke, is automatically substituted as the named party.

**JUDGMENT**

The Motion for Summary Judgment ("Motion") filed by Defendant Kirstjen Nielsen, Secretary of the Department of Homeland Security, having come on for hearing, and the Court having considered the pleadings, evidence presented, and the Memorandum of Points and Authorities, and in accordance with the Statement of Uncontroverted Facts and Conclusions of Law entered herein,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion be granted and judgment is hereby entered for Defendant.

Dated: February 25, 2019

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE